UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)

JOSEPH COMBLO

                            Plaintiff,

v.

EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN SAVOLT, individually, THOMAS A. MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M. HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

                            Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 6/19/08 at 2:00 p.m.   deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: EDWARD FLYNN

At Location: Mamaroneck Police Department, 169 Mt. Pleasant Avenue, Mamaroneck, New York

By delivering to and leaving with Officer Colletti and that deponent knew the person so served to be Officer Colletti and authorized to accept service.

On June 19, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the person served, or spoken to is as follows:
Sex M           Age 35-50          Weight 200
Color of Skin WH    Height 6'            Color of Hair Gray
Other Features

                                                  Robert Fouvy

Sworn to before me this
20th day of June, 2008

Notary Public
ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 2010

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)

JOSEPH COMBLO

                        Plaintiff,

v.

EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN SAVOLT, individually, THOMAS A. MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M. HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

                        Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 6/19/08 at 2:00 p.m. deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: ROBERT HOLLAND

At Location: Mamaroneck Police Department, 169 Mt. Pleasant Avenue, Mamaroneck, New York

By delivering to and leaving with Officer Colletti and that deponent knew the person so served to be Officer Colletti and authorized to accept service.

On June 19, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    A description of the person served, or spoken to is as follows:
    Sex M                  Age 35-50            Weight 200
    Color of Skin WH     Height 6'             Color of Hair Gray
    Other Features

                                                    _____
                                                    Robert Fouvy

Sworn to before me this
20th day of June, 2008

_____
Notary Public

    ANN B. FRANK
Notary Public, State of New York
    No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 2010

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)

JOSEPH COMBLO

          Plaintiff,

v.

EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN SAVOLT, individually, THOMAS A. MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M. HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

          Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York  On 6/19/08 at 2:00 p.m.     deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: JAMES GAFFNEY

At Location: Mamaroneck Police Department, 169 Mt. Pleasant Avenue, Mamaroneck, New York

 By delivering to and leaving with Officer Colletti and that deponent knew the person so served to be Officer Colletti and authorized to accept service.

On June 19, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

  A description of the person served, or spoken to is as follows:
  Sex M     Age 35-50    Weight 200
  Color of Skin WH  Height 6'     Color of Hair  Gray
  Other Features

                 _____
                 Robert Fouvy

Sworn to before me this
20th day of June, 2008

_____
Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 10

| | |
|---|---|
| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
| DOCUMENTS SERVED WITH INDEX#: 08CIV.5524 | AND FILED ON 6/19/2008 |

JOSEPH COMBLO

Vs.

EDWARD FLYNN, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/23/2008 at 6:35PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served: KATHLEEN SAVOL, TRUSTEE (herein called recipient) therein named.

At Location: VILLAGE HALL
169 MT. PLEASANT AVENUE
MAMARONECK NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM    Color of Skin  WH    Color of Hair  BLACK
Age  50    Height  5'4"    Weight  150
Other Features              SEATED

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on 6/24/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4965052
Qualified in Westchester County
Commission Expires September 30, 2010

Joseph Vallone
Server's License#: 1100190

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV 5524     AND FILED ON     6/19/2008

JOSEPH COMBLO

Vs.                                              Plaintiff(s)/Petitioner(s)

EDWARD FLYNN, INDIVIDUALLY, ET AL

Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/23/2008 at 6:37PM, deponent did serve the within process as follows:

Process Served:
Party Served:    SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES      (herein called
recipient)       THOMAS A. MURPHY, TRUSTEE
At Location:     VILLAGE HALL                                                        therein named.
                 169 MT. PLEASANT AVENUE
                 MAMARONECK NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M       Color of Skin  WH      Color of Hair           BLACK
Age  50      Height  5'10"          Weight         200
             Other Features                 GLASSES, SEATED

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on _____6/24/2008_____

_____          _____
GAIL WILLIAMS                          Joseph Vallone
Notary Public, State of New York       Server's License#: 1100190
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5524    AND FILED ON    6/19/2008

JOSEPH COMBLO
Vs.
EDWARD FLYNN, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/23/2008 at 6:36PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served (herein called recipient): TONI PERGOLA RYAN, TRUSTEE (herein called therein named.)
At Location: VILLAGE HALL
169 MT. PLEASANT AVENUE
MAMARONECK NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM    Color of Skin  WH    Color of Hair  BLONDE
Age  50    Height  5'4"    Weight  120
Other Features  SEATED

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on 6/24/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Joseph Vallone
Server's License#: 1100190

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5524        AND FILED ON        6/19/2008

| | |
|---|---|
| JOSEPH COMBLO<br><br>Vs.<br><br>EDWARD FLYNN, INDIVIDUALLY, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____7/2/2008_____ at _____12:50PM_____, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: JOHN M. HOFSTETTER            (herein called recipient)
At Location: 304 PROSPECT AVENUE            therein named.

MAMARONECK NY 10543

By delivering to and leaving with _JENNIFER HOFSTETTER, WIFE_ a person of suitable age and discretion.
Said premises is recipient's [ ] actual place of business [✓] dwelling house(usual place of abode) within the state.

On _____7/2/08_____, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _FM_  Color of Skin _WH_  Color of Hair _BLACK_
Age _40_  Height _5'5"_  Weight _150_
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _7/2/2008_

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

_Joseph Vallone_ (signature)

Joseph Vallone

Server's License#: 1100190

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5524   AND FILED ON   6/19/2008

JOSEPH COMBLO

Vs.   Plaintiff(s)/Petitioner(s)

EDWARD FLYNN, INDIVIDUALLY, ET AL

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
COUNTY OF WESTCHESTER ) SS
)

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/23/2008 at 6:38PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: RANDI ROBINOWITZ, TRUSTEE   (herein called recipient)  therein named.
At Location: VILLAGE HALL
169 MT. PLEASANT AVENUE
MAMARONECK NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__   Color of Skin __WH__   Color of Hair __BROWN__
Age __45__   Height __5'4"__   Weight __120__
Other Features __SEATED__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on 6/24/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Joseph Vallone
Server's License#: 1100190

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)

JOSEPH COMBLO

           Plaintiff,

v.

EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN SAVOLT, individually, THOMAS A. MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M. HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

           Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/19/08 at 2:00 p.m.  deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: VILLAGE OF MAMARONECK, New York

At Location: Mamaroneck Village Hall, 123 Mamaroneck Avenue, Mamaroneck, New York

By delivering to and leaving with Elena Pommetto, Clerk and that deponent knew the person so served to be Elena Pommetto and authorized to accept service.

A description of the person served, or spoken to is as follows:
Sex F     Age 20-30     Weight 110
Color of Skin WH   Height 5'2"     Color of Hair Black
Other Features

                  _____
                  Robert Fouvy

Sworn to before me this
20th day of June, 2008

_____
Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 10