UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)

JOSEPH COMBLO

          Plaintiff,

v.

EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN SAVOLT, individually, THOMAS A. MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M. HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

         Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 6/19/08 at 2:00 p.m.   deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: EDWARD FLYNN

At Location: Mamaroneck Police Department, 169 Mt. Pleasant Avenue, Mamaroneck, New York

 By delivering to and leaving with Officer Colletti and that deponent knew the person so served to be Officer Colletti and authorized to accept service.

On June 19, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

  A description of the person served, or spoken to is as follows:
  Sex M     Age 35-50     Weight 200
  Color of Skin WH  Height 6'     Color of Hair Gray
  Other Features

              _____
              Robert Fouvy

Sworn to before me this
20th day of June, 2008

_____
Notary Public
  ANN B. FRANK
 Notary Public, State of New York
  No. 01FR5022348
 Qualified in Westchester County
Commission Expires January 10, 20_10_

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)

JOSEPH COMBLO

                             Plaintiff,

v.

EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN SAVOLT, individually, THOMAS A. MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M. HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

                             Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 6/19/08 at 2:00 p.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: ROBERT HOLLAND

At Location: Mamaroneck Police Department, 169 Mt. Pleasant Avenue, Mamaroneck, New York

By delivering to and leaving with Officer Colletti and that deponent knew the person so served to be Officer Colletti and authorized to accept service.

On June 19, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

       A description of the person served, or spoken to is as follows:
       Sex M                  Age 35-50                  Weight 200
       Color of Skin WH      Height 6'                  Color of Hair Gray
       Other Features

*Robert Fouvy*

Sworn to before me this
20th day of June, 2008

*Notary Public*

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 10

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)

JOSEPH COMBLO

                                  Plaintiff,

v.

EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN SAVOLT, individually, THOMAS A. MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M. HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

                                  Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 6/19/08 at 2:00 p.m.   deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: JAMES GAFFNEY

At Location: Mamaroneck Police Department, 169 Mt. Pleasant Avenue, Mamaroneck, New York

By delivering to and leaving with Officer Colletti and that deponent knew the person so served to be Officer Colletti and authorized to accept service.

On June 19, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    A description of the person served, or spoken to is as follows:
| | | |
|---|---|---|
| Sex M | Age 35-50 | Weight 200 |
| Color of Skin WH | Height 6' | Color of Hair Gray |
| Other Features | | |

                                                                               Robert Fouvy

Sworn to before me this
20th day of June, 2008

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 2010

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5524     AND FILED ON     6/19/2008

JOSEPH COMBLO

Vs.

EDWARD FLYNN, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )    SS

COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __6/23/2008__ at __6:35PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served (herein called recipient): KATHLEEN SAVOL, TRUSTEE (herein called therein named.)

At Location: VILLAGE HALL
169 MT. PLEASANT AVENUE
MAMARONECK NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__  Color of Skin __WH__  Color of Hair __BLACK__

Age __50__  Height __5'4"__  Weight __150__

Other Features __SEATED__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on __6/24/2008__

GAIL WILLIAMS
Notary Public, State of New York
No. 4965052
Qualified in Westchester County
Commission Expires September 30, 2010

Joseph Vallone
Server's License#: 1100190

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV 5524   AND FILED ON   6/19/2008

JOSEPH COMBLO

Vs.   Plaintiff(s)/Petitioner(s)

EDWARD FLYNN, INDIVIDUALLY, ET AL   Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/23/2008 at 6:37PM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES   (herein called
recipient)  THOMAS A. MURPHY, TRUSTEE                                            therein named.

At Location: VILLAGE HALL
169 MT. PLEASANT AVENUE
MAMARONECK NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   M     Color of Skin   WH    Color of Hair           BLACK
Age   50    Height   5'10"        Weight   200
            Other Features                 GLASSES, SEATED

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on   6/24/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Joseph Vallone
Server's License#:   1100190

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5524          AND FILED ON          6/19/2008

JOSEPH COMBLO

Vs.                                    Plaintiff(s)/Petitioner(s)

EDWARD FLYNN, INDIVIDUALLY, ET AL                Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/23/2008 at 6:36PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served (herein called recipient): TONI PERGOLA RYAN, TRUSTEE
At Location: VILLAGE HALL
169 MT. PLEASANT AVENUE
MAMARONECK NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM    Color of Skin  WH    Color of Hair  BLONDE
Age  50    Height  5'4"          Weight  120
Other Features                   SEATED

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on  6/24/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Joseph Vallone
Server's License#: 1100190

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5524    AND FILED ON    6/19/2008

JOSEPH COMBLO

Vs.

EDWARD FLYNN, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/2/2008 at 12:50PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: JOHN M. HOFSTETTER    (herein called recipient) therein named.
At Location: 304 PROSPECT AVENUE

MAMARONECK NY 10543

By delivering to and leaving with JENNIFER HOFSTETTER, WIFE a person of suitable age and discretion.
Said premises is recipient's [ ] actual place of business [✓] dwelling house(usual place of abode) within the state.

On 7/2/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM   Color of Skin WH   Color of Hair BLACK
Age 40   Height 5'5"   Weight 150
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/2/2008

Gail Williams
GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Joseph Vallone

Server's License#: 1100190

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5524   AND FILED ON   6/19/2008

JOSEPH COMBLO

Vs.   Plaintiff(s)/Petitioner(s)

EDWARD FLYNN, INDIVIDUALLY, ET AL

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                   ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/23/2008 at 6:38PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: RANDI ROBINOWITZ, TRUSTEE   (herein called recipient)
At Location: VILLAGE HALL
             169 MT. PLEASANT AVENUE
             MAMARONECK NY
                                                                 therein named.

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  __FM__   Color of Skin  __WH__   Color of Hair  __BROWN__
Age  __45__   Height  __5'4"__        Weight  __120__
Other Features                         __SEATED__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on __6/24/2008__

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

_Joseph Vallone_ (signature)

Server's License#: 1100190

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)

JOSEPH COMBLO

           Plaintiff,

-v.

EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN SAVOLT, individually, THOMAS A. MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M. HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

           Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/19/08 at 2:00 p.m.   deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: VILLAGE OF MAMARONECK, New York

At Location: Mamaroneck Village Hall, 123 Mamaroneck Avenue, Mamaroneck, New York

By delivering to and leaving with Elena Pommetto, Clerk and that deponent knew the person so served to be Elena Pommetto and authorized to accept service.

A description of the person served, or spoken to is as follows:
Sex F     Age 20-30     Weight 110
Color of Skin WH    Height 5'2"     Color of Hair Black
Other Features

                     Robert Fouvy

Sworn to before me this
20th day of June, 2008

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 10