UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)


JOSEPH COMBLO

                          Plaintiff,

    v.


EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN
SAVOLT, individually, THOMAS A . MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M.
HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

                          Defendants.


STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss


The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of
age and resides in the State of New York On 6/19/08 at 2:00 p.m.        deponent did
serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: EDWARD FLYNN

At Location: Mamaroneck Police Department, 169 Mt. Pleasant Avenue, Mamaroneck, New York

  By delivering to and leaving with Officer Colletti and that deponent knew the person so served to be Officer Colletti
  and authorized to accept service.

On June 19, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and
electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked
"Personal and Confidential" in an official depository under the exclusive care and custody of the United States
Post Office in the State of New York.


          A description of the person served, or spoken to is is as follows:
          Sex M                Age 35-50              Weight 200
          Color of Skin WH      Height 6'              Color of Hair  Gray
          Other Features


                                              _Robert Fouvy_ (signature)
                                              Robert Fouvy


Sworn to before me this
20th day of June, 2008

_Ann B. Frank_ (signature)
Notary Public
          ANN B. FRANK
    Notary Public, State of New York
        No. 01FR5022348
    Qualified in Westchester County
  Commission Expires January 10, 20_10_

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)


JOSEPH COMBLO

                              Plaintiff,

    v.


EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN
SAVOLT, individually, THOMAS A . MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M.
HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

                              Defendants.


STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss


The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of
age and resides in the State of New York On 6/19/08 at 2:00 p.m.      deponent did
serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: ROBERT HOLLAND

At Location: Mamaroneck Police Department, 169 Mt. Pleasant Avenue, Mamaroneck, New York

    By delivering to and leaving with Officer Colletti and that deponent knew the person so served to be Officer Colletti
    and authorized to accept service.

On June 19, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and
    electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked
    "Personal and Confidential" in an official depository under the exclusive care and custody of the United States
    Post Office in the State of New York.


        A description of the person served, or spoken to is as follows:
        Sex M                  Age 35-50              Weight 200
        Color of Skin WH       Height 6'              Color of Hair  Gray
        Other Features


                                    _Robert Fouvy_ (signature)
                                    Robert Fouvy


Sworn to before me this
20th day of June, 2008
_Ann B. Frank_ (signature)
Notary Public

        ANN B. FRANK
    Notary Public, State of New York
        No. 01FR5022348
    Qualified in Westchester County
Commission Expires January 10, 20_10_

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)

JOSEPH COMBLO

                              Plaintiff,

    v:

EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN
SAVOLT, individually, THOMAS A . MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M.
HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

                              Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of
age and resides in the State of New York On 6/19/08 at 2:00 p.m.      deponent did
serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: JAMES GAFFNEY

At Location: Mamaroneck Police Department, 169 Mt. Pleasant Avenue, Mamaroneck, New York

    By delivering to and leaving with Officer Colletti and that deponent knew the person so served to be Officer Colletti
    and authorized to accept service.

On June 19, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and
electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked
"Personal and Confidential" in an official depository under the exclusive care and custody of the United States
Post Office in the State of New York.

        A description of the person served, or spoken to is is as follows:
        Sex M                Age 35-50              Weight 200
        Color of Skin WH     Height 6'              Color of Hair  Gray
        Other Features

                                          Robert Fouvy

Sworn to before me this
20th day of June, 2008

Notary Public
          ANN B. FRANK
    Notary Public, State of New York
          No. 01FR5022348
    Qualified in Westchester County
Commission Expires January 10, 20 10

STATE OF  NEW YORK                  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  08CIV.5524          AND FILED ON          6/19/2008

| JOSEPH COMBLO | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| EDWARD FLYNN, INDIVIDUALLY, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                          )      SS

COUNTY OF WESTCHESTER                                        )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York .  On_____6/23/2008_____ at _____6:35PM_____ , deponent did serve the within process as follows:

Process Served:   SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:
(herein called
recipient)        KATHLEEN SAVOL, TRUSTEE                                          (herein called

At Location:      VILLAGE HALL                                                    therein  named.
                  169 MT. PLEASANT AVENUE
                  MAMARONECK NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  _FM_     Color of Skin  _WH_      Color of Hair              _BLACK_

Age  _50_     Height  _5'4"_      Weight       _150_

     Other Features                              _SEATED_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed   SHE was not.

Sworn to before me on            6/24/2008

_____           _____
                                          Joseph Vallone

GAIL WILLIAMS                              Server's License#:   _1100190_
Notary Public, State of New York
No. 4666052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF  NEW YORK                   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  08CIV.5524          AND FILED ON          6/19/2008

---

JOSEPH COMBLO                                                               Plaintiff(s)/Petitioner(s)

                                            Vs.

EDWARD FLYNN, INDIVIDUALLY, ET AL                                          Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                          )
                                                            )     SS
COUNTY OF WESTCHESTER                                        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On _____6/23/2008_____ at _____6:37PM_____ , deponent did serve the within process as follows:

Process Served:
Party Served:          SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
(recipient)                                                                             (herein called
                       THOMAS A. MURPHY, TRUSTEE
                                                                                        therein  named.
At Location:           VILLAGE HALL
                       169 MT. PLEASANT AVENUE
                       MAMARONECK NY

            By delivering a true copy of each to said recipient personally; deponent knew the person served to be the
            person described as said person therein.

            A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

            Sex    _M_      Color of Skin   _WH_      Color of Hair              _BLACK_

            Age    _50_     Height   _5'10"_         Weight                _200_

                   Other Features                           _GLASSES, SEATED_

            Deponent asked person spoken to whether the recipient was presently in military service of the United States
            Government or on active duty in the military service in the State of New York and was informed   HE
            was not.

Sworn to before me on _____6/24/2008_____

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Joseph Vallone

Server's License#:   _1100190_

STATE OF  NEW YORK                              UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5524                AND FILED ON          6/19/2008

JOSEPH COMBLO                                                                          Plaintiff(s)/Petitioner(s)

                                                            Vs.

EDWARD FLYNN, INDIVIDUALLY, ET AL                                                      Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                                        )
                                                                           )     SS
COUNTY OF WESTCHESTER                                                      )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and
resides in the State of New York . On_____ 6/23/2008 _____ at_____ 6:36PM _____, deponent did
serve the within process as follows:
Process Served:
Party Served:    SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
                                                                                       (herein called
recipient)       TONI PERGOLA RYAN, TRUSTEE
                                                                                       therein  named.
At Location:     VILLAGE HALL
                 169 MT. PLEASANT AVENUE
                 MAMARONECK NY

             By delivering a true copy of each to said recipient personally; deponent knew the person served to be the
             person described as said person therein.

             A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

             Sex   _FM_    Color of Skin    _WH_    Color of Hair                _BLONDE_

             Age   _50_    Height    _5'4"_    Weight           _120_

                   Other Features                              _SEATED_

             Deponent asked person spoken to whether the recipient was presently in military service of the United States
             Government or on active duty in the military service in the State of New York and was informed   SHE
             was not.

Sworn to before me on _____ 6/24/2008 _____

_Gail Williams_ (signature)                                _Joseph Vallone_ (signature)

             GAIL WILLIAMS                                 Joseph Vallone
         Notary Public, State of New York
              No. 4665052                                  Server's License#:   _1100190_
         Qualified in Westchester County
         Commission Expires September 30, 2010

STATE OF  NEW YORK                  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  08CIV.5524            AND FILED ON          6/19/2008

---

JOSEPH COMBLO

Vs.                                                                 Plaintiff(s)/Petitioner(s)

EDWARD FLYNN, INDIVIDUALLY, ET AL                                   Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                          )    SS

COUNTY OF WESTCHESTER                                        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York.  On _____ 7/2/2008 _____ at _____ 12:50PM _____, deponent did
serve the within process as follows:

Process Served:     SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:
                    JOHN M. HOFSTETTER                                      (herein called recipient)
                                                                            therein  named.
At Location:        304 PROSPECT AVENUE

                    MAMARONECK NY  10543

By delivering to and leaving with   JENNIFER HOFSTETTER, WIFE _____ a person of suitable age and discretion.
Said premises is recipient's | |  actual place of business  |✓|  dwelling house(usual place of abode) within the state.

On _____ 7/2/08 ____, deponent completed service by depositing a copy of the
        SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    _FM_    Color of Skin    _WH_    Color of Hair |_____    _BLACK_ |
Age    _40_  | Height  _5'5"_ | Weight    _150_

Other Features |____

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the   7/2/2008

_Gail Williams_ (signature)

**GAIL WILLIAMS**
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

_Joseph Vallone_ (signature)

Joseph Vallone

Server's License#:  _1100190_

STATE OF  NEW YORK
DOCUMENTS SERVED WITH INDEX#:  08CIV.5524

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

AND FILED ON        6/19/2008

JOSEPH COMBLO

Vs.

EDWARD FLYNN, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                     )
                                                                          )    SS
COUNTY OF WESTCHESTER                          )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____6/23/2008_____ at _____6:38PM_____, deponent did serve the within process as follows:

Party Served:          SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

Process Served:
recipient)               RANDI ROBINOWITZ, TRUSTEE                                                        (herein called

At Location:           VILLAGE HALL                                                                        therein   named.
                             169 MT. PLEASANT AVENUE
                             MAMARONECK NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    _FM_        Color of Skin    _WH_        Color of Hair                        _BROWN_

Age    _45_        Height    _5'4"_        Weight                    _120_

             Other Features                                                        _SEATED_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed   SHE was not.

Sworn to before me on _____6/24/2008_____

_Gail Williams_

**GAIL WILLIAMS**
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Joseph Vallone

Server's License#:    _1100190_

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)

JOSEPH COMBLO

                                  Plaintiff,

    ·v.

EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN
SAVOLT, individually, THOMAS A . MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M.
HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

                                  Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of
age and resides in the State of New York On 6/19/08 at 2:00 p.m.          deponent did
serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: VILLAGE OF MAMARONECK, New York

At Location: Mamaroneck Village Hall, 123 Mamaroneck Avenue, Mamaroneck, New York

    By delivering to and leaving with Elena Pommetto, Clerk and that deponent knew the person so served to be
    Elena Pommetto and authorized to accept service.

        A description of the person served, or spoken to is is as follows:
        Sex F              Age 20-30              Weight 110
        Color of Skin WH   Height 5'2"            Color of Hair  Black
        Other Features

                                        Robert Fouvy

Sworn to before me this
20th day of June, 2008

Notary Public

        ANN B. FRANK
Notary Public, State of New York
    No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 10