UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)

JOSEPH COMBLO

        Plaintiff,

v.

EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN SAVOLT, individually, THOMAS A. MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M. HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

        Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 6/19/08 at 2:00 p.m.     deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: EDWARD FLYNN

At Location: Mamaroneck Police Department, 169 Mt. Pleasant Avenue, Mamaroneck, New York

 By delivering to and leaving with Officer Colletti and that deponent knew the person so served to be Officer Colletti and authorized to accept service.

On June 19, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

  A description of the person served, or spoken to is as follows:
  Sex M     Age 35-50     Weight 200
  Color of Skin WH  Height 6'      Color of Hair Gray
  Other Features

              _Robert Fouvy_ (signature)
              Robert Fouvy

Sworn to before me this
20th day of June, 2008

_Ann B. Frank_ (signature)
Notary Public
  ANN B. FRANK
 Notary Public, State of New York
   No. 01FR5022348
 Qualified in Westchester County
Commission Expires January 10, 20_10_

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)

JOSEPH COMBLO

                Plaintiff,

v.

EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN SAVOLT, individually, THOMAS A. MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M. HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

                Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 6/19/08 at 2:00 p.m.     deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: ROBERT HOLLAND

At Location: Mamaroneck Police Department, 169 Mt. Pleasant Avenue, Mamaroneck, New York

By delivering to and leaving with Officer Colletti and that deponent knew the person so served to be Officer Colletti and authorized to accept service.

On June 19, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the person served, or spoken to is as follows:
Sex M                Age 35-50           Weight 200
Color of Skin WH     Height 6'           Color of Hair Gray
Other Features

                                              _Robert Fouvy_
                                              Robert Fouvy

Sworn to before me this
20th day of June, 2008

_Ann B. Frank_
Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20_10_

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)

JOSEPH COMBLO

                    Plaintiff,

v.

EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN SAVOLT, individually, THOMAS A. MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M. HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

                    Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 6/19/08 at 2:00 p.m.   deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: JAMES GAFFNEY

At Location: Mamaroneck Police Department, 169 Mt. Pleasant Avenue, Mamaroneck, New York

By delivering to and leaving with Officer Colletti and that deponent knew the person so served to be Officer Colletti and authorized to accept service.

On June 19, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the person served, or spoken to is as follows:
Sex M            Age 35-50         Weight 200
Color of Skin WH  Height 6'         Color of Hair Gray
Other Features

                                                      Robert Fouvy

Sworn to before me this
20th day of June, 2008

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified In Westchester County
Commission Expires January 10, 2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5524    AND FILED ON    6/19/2008

JOSEPH COMBLO

Vs.    Plaintiff(s)/Petitioner(s)

EDWARD FLYNN, INDIVIDUALLY, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                                               ) SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/23/2008 at 6:35PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served (recipient): KATHLEEN SAVOL, TRUSTEE    (herein called therein named.)
At Location: VILLAGE HALL
169 MT. PLEASANT AVENUE
MAMARONECK NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM    Color of Skin  WH    Color of Hair  BLACK
Age  50    Height  5'4"    Weight  150
Other Features    SEATED

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on  6/24/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4965052
Qualified in Westchester County
Commission Expires September 30, 2010

Joseph Vallone
Server's License#:  1100190

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT | |
|---|---|---|
| DOCUMENTS SERVED WITH INDEX#: 08CIV.5524 | AND FILED ON | 6/19/2008 |

JOSEPH COMBLO

Vs.

EDWARD FLYNN, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                                                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/23/2008 at 6:37PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served (recipient): THOMAS A. MURPHY, TRUSTEE
At Location: VILLAGE HALL
169 MT. PLEASANT AVENUE
MAMARONECK NY

(herein called therein named.)

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M    Color of Skin WH    Color of Hair BLACK
Age 50   Height 5'10"   Weight 200
Other Features   GLASSES, SEATED

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on 6/24/2008

Gail Williams
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Joseph Vallone
Server's License#: 1100190

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5524     AND FILED ON     6/19/2008

JOSEPH COMBLO

Vs.                                    Plaintiff(s)/Petitioner(s)

EDWARD FLYNN, INDIVIDUALLY, ET AL                Defendant(s)/Respondent(s)

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/23/2008 at 6:36PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: TONI PERGOLA RYAN, TRUSTEE     (herein called recipient)
At Location: VILLAGE HALL                    therein named.
             169 MT. PLEASANT AVENUE
             MAMARONECK NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM      Color of Skin  WH      Color of Hair         BLONDE
Age  50      Height  5'4"           Weight  120
             Other Features                        SEATED

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on  6/24/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Joseph Vallone
Server's License#: 1100190

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5524        AND FILED ON        6/19/2008

JOSEPH COMBLO

Vs.                                Plaintiff(s)/Petitioner(s)

EDWARD FLYNN, INDIVIDUALLY, ET AL                Defendant(s)/Respondent(s)

STATE OF: NEW YORK              )
                                ) SS
COUNTY OF WESTCHESTER           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/2/2008 at 12:50PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: JOHN M. HOFSTETTER                                (herein called recipient)
At Location: 304 PROSPECT AVENUE                                therein named.

MAMARONECK NY 10543

By delivering to and leaving with JENNIFER HOFSTETTER, WIFE a person of suitable age and discretion.
Said premises is recipient's [ ] actual place of business [✓] dwelling house(usual place of abode) within the state.

On 7/2/08, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    FM    Color of Skin    WH    Color of Hair    BLACK
Age    40    Height    5'5"    Weight    150
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/2/2008

_Gail Williams_                                _Joseph Vallone_

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Server's License#: 1100190

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5524    AND FILED ON    6/19/2008

JOSEPH COMBLO

Vs.    Plaintiff(s)/Petitioner(s)

EDWARD FLYNN, INDIVIDUALLY, ET AL

Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                       ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/23/2008 at 6:38PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: RANDI ROBINOWITZ, TRUSTEE    (herein called recipient)
At Location: VILLAGE HALL    therein named.
169 MT. PLEASANT AVENUE
MAMARONECK NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  _FM_    Color of Skin  _WH_    Color of Hair  _BROWN_
Age  _45_    Height  _5'4"_         Weight  _120_
Other Features                                    _SEATED_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on    6/24/2008

Gail Williams

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Joseph Vallone
Server's License#: 1100190

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)

JOSEPH COMBLO

            Plaintiff,

v.

EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN SAVOLT, individually, THOMAS A. MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M. HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

            Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/19/08 at 2:00 p.m.     deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: VILLAGE OF MAMARONECK, New York

At Location: Mamaroneck Village Hall, 123 Mamaroneck Avenue, Mamaroneck, New York

By delivering to and leaving with Elena Pommetto, Clerk and that deponent knew the person so served to be Elena Pommetto and authorized to accept service.

A description of the person served, or spoken to is as follows:
Sex F     Age 20-30     Weight 110
Color of Skin WH     Height 5'2"     Color of Hair Black
Other Features

                             _____
                             Robert Fouvy

Sworn to before me this
20th day of June, 2008

_____
Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 10