UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)

JOSEPH COMBLO

                        Plaintiff,

v.

EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN SAVOLT, individually, THOMAS A. MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M. HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

                        Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 6/19/08 at 2:00 p.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: EDWARD FLYNN

At Location: Mamaroneck Police Department, 169 Mt. Pleasant Avenue, Mamaroneck, New York

   By delivering to and leaving with Officer Colletti and that deponent knew the person so served to be Officer Colletti and authorized to accept service.

On June 19, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

      A description of the person served, or spoken to is as follows:
      Sex M          Age 35-50          Weight 200
      Color of Skin WH    Height 6'          Color of Hair Gray
      Other Features

                                                         Robert Fouvy

Sworn to before me this
20th day of June, 2008

Notary Public
      ANN B. FRANK
  Notary Public, State of New York
      No. 01FR5022348
   Qualified in Westchester County
Commission Expires January 10, 20_10_

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)

JOSEPH COMBLO

                               Plaintiff,

v.

EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN SAVOLT, individually, THOMAS A. MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M. HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

                               Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 6/19/08 at 2:00 p.m.   deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: ROBERT HOLLAND

At Location: Mamaroneck Police Department, 169 Mt. Pleasant Avenue, Mamaroneck, New York

    By delivering to and leaving with Officer Colletti and that deponent knew the person so served to be Officer Colletti and authorized to accept service.

On June 19, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    A description of the person served, or spoken to is as follows:
    Sex M                    Age 35-50              Weight 200
    Color of Skin WH     Height 6'              Color of Hair Gray
    Other Features

                                                         Robert Fouvy

Sworn to before me this
20th day of June, 2008

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 10

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)

JOSEPH COMBLO

                        Plaintiff,

v.

EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN SAVOLT, individually, THOMAS A. MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M. HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

                        Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 6/19/08 at 2:00 p.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: JAMES GAFFNEY

At Location: Mamaroneck Police Department, 169 Mt. Pleasant Avenue, Mamaroneck, New York

By delivering to and leaving with Officer Colletti and that deponent knew the person so served to be Officer Colletti and authorized to accept service.

On June 19, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the person served, or spoken to is as follows:
Sex M            Age 35-50            Weight 200
Color of Skin WH    Height 6'             Color of Hair Gray
Other Features

                                         _____
                                         Robert Fouvy

Sworn to before me this
20th day of June, 2008

_____
Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified In Westchester County
Commission Expires January 10, 2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5524       AND FILED ON       6/19/2008

JOSEPH COMBLO

Vs.                                                Plaintiff(s)/Petitioner(s)

EDWARD FLYNN, INDIVIDUALLY, ET AL                  Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __6/23/2008__ at __6:35PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served (herein called recipient): KATHLEEN SAVOL, TRUSTEE (herein called therein named.)
At Location: VILLAGE HALL
169 MT. PLEASANT AVENUE
MAMARONECK NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__   Color of Skin __WH__   Color of Hair __BLACK__
Age __50__   Height __5'4"__   Weight __150__
Other Features __SEATED__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on __6/24/2008__

GAIL WILLIAMS
Notary Public, State of New York
No. 4965052
Qualified in Westchester County
Commission Expires September 30, 2010

Joseph Vallone
Server's License#: 1100190

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
|---|---|
| DOCUMENTS SERVED WITH INDEX#: 08CIV.5524 | AND FILED ON 6/19/2008 |

JOSEPH COMBLO

Vs.

EDWARD FLYNN, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __6/23/2008__ at __6:37PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: THOMAS A. MURPHY, TRUSTEE (herein called recipient)
At Location: VILLAGE HALL
169 MT. PLEASANT AVENUE
MAMARONECK NY

therein named.

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__   Color of Skin __WH__   Color of Hair __BLACK__
Age __50__   Height __5'10"__   Weight __200__
Other Features __GLASSES, SEATED__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on __6/24/2008__

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Joseph Vallone
Server's License#: 1100190

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5524        AND FILED ON        6/19/2008

JOSEPH COMBLO

Vs.        Plaintiff(s)/Petitioner(s)

EDWARD FLYNN, INDIVIDUALLY, ET AL        Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On ___6/23/2008___ at ___6:36PM___, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: TONI PERGOLA RYAN, TRUSTEE        (herein called recipient)
At Location: VILLAGE HALL        therein named.
169 MT. PLEASANT AVENUE
MAMARONECK NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  _FM_    Color of Skin  _WH_    Color of Hair  _BLONDE_
Age  _50_    Height  _5'4"_    Weight  _120_
Other Features        _SEATED_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on ___6/24/2008___

_[signature]_ Joseph Vallone

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Server's License#:  1100190

STATE OF NEW YORK       UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5524       AND FILED ON       6/19/2008

JOSEPH COMBLO

Vs.                                                                 Plaintiff(s)/Petitioner(s)

EDWARD FLYNN, INDIVIDUALLY, ET AL                                   Defendant(s)/Respondent(s)

STATE OF: NEW YORK                              )
                                                ) SS
COUNTY OF WESTCHESTER                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/2/2008 at 12:50PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:   JOHN M. HOFSTETTER                                  (herein called recipient)
At Location:    304 PROSPECT AVENUE                                 therein named.
                MAMARONECK NY 10543

By delivering to and leaving with JENNIFER HOFSTETTER, WIFE a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [✓] dwelling house(usual place of abode) within the state.

On 7/2/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM   Color of Skin WH   Color of Hair BLACK
Age 40   Height 5'5"   Weight 150
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/2/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Joseph Vallone

Server's License#: 1100190

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5524     AND FILED ON     6/19/2008

JOSEPH COMBLO

Vs.                                                              Plaintiff(s)/Petitioner(s)

EDWARD FLYNN, INDIVIDUALLY, ET AL                                Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                    )
                                                      ) SS
COUNTY OF WESTCHESTER                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **6/23/2008** at **6:38PM**, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
recipient) RANDI ROBINOWITZ, TRUSTEE                              (herein called

At Location: VILLAGE HALL                                          therein named.
169 MT. PLEASANT AVENUE
MAMARONECK NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex **FM**    Color of Skin **WH**    Color of Hair    **BROWN**

Age **45**    Height **5'4"**    Weight    **120**

Other Features                              **SEATED**

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on  6/24/2008

_Gail Williams_                              _Joseph Vallone_

GAIL WILLIAMS                                Server's License#: 1100190
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 5524 (CLB)

JOSEPH COMBLO

                              Plaintiff,

  -v.

EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN SAVOLT, individually, THOMAS A. MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M. HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York,

                              Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/19/08 at 2:00 p.m. <u>deponent did serve the within process as follows:</u>

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: VILLAGE OF MAMARONECK, New York

At Location: Mamaroneck Village Hall, 123 Mamaroneck Avenue, Mamaroneck, New York

By delivering to and leaving with Elena Pommetto, Clerk and that deponent knew the person so served to be Elena Pommetto and authorized to accept service.

A description of the person served, or spoken to is as follows:
Sex F            Age 20-30            Weight 110
Color of Skin WH    Height 5'2"          Color of Hair Black
Other Features

                                                  Robert Fouvy

Sworn to before me this
20th day of June, 2008

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 10