USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JOSEPH COMBLO

                                Plaintiff,

      -against-

EDWARD FLYNN, individually, ROBERT
HOLLAND, individually, JAMES GAFFNEY,
individually, KATHLEEN SAVOLT,
individually, THOMAS A. MURPHY,
individually, TONI PERGOLA RYAN,
individually, JOHN M. HOFSTETTER,
individually, RANDI ROBINOWITZ,
individually, and the VILLAGE OF
MAMARONECK, New York,

                               Defendants.
-------------------------------------------------------X

Case No.: 08 CV 5524 (KMK)

**STIPULATION AND ORDER**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff JOSEPH COMBLO, JONATHAN LOVETT, ESQ., and counsel for Defendants EDWARD FLYNN, individually, ROBERT HOLLAND, individually, JAMES GAFFNEY, individually, KATHLEEN SAVOLT, individually, THOMAS A. MURPHY, individually, TONI PERGOLA RYAN, individually, JOHN M. HOFSTETTER, individually, RANDI ROBINOWITZ, individually, and the VILLAGE OF MAMARONECK, New York, WINGET, SPADAFORA & SCHWARTZBERG, LLP, that the time for the Defendants to answer, move or otherwise respond to the Plaintiff's Complaint is extended through and including Monday, August 11, 2008.

This Stipulation may be executed in counter-parts; facsimile signature is acceptable.

Dated: New York, New York
July 7, 2008

LOVETT & GOULD LLP
Attorneys for Plaintiff

By: _____
Jonathan Lovett (4854)
222 Bloomingdale Road
White Plains, NY 10605
Tel: (914) 428-8401
Fax: (914) 428-8916

WINGET, SPADAFORA &
SCHWARTZBERG, LLP
Attorneys for Defendants

By: _____
Dianna D. McCarthy, Esq. (DDM 5999)
Susan S. Pack, Esq. (SP 6227)
45 Broadway, 19th Floor
New York, New York 10006
(212) 221-6900
Fax: (212) 221-6989

SO ORDERED:

_____
KENNETH M. KARAS, U.S.D.J.

2