UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JOSEPH COMBLO,                                     :

                               **Plaintiff,**

                                       :     **Docket No.: 08 cv 5524**

-against-                                                   **(KMK) (LMS)**

                                       :

EDWARD FLYNN, individually, ROBERT
HOLLAND, individually, JAMES GAFFNEY,               :     **NOTICE OF APPEARANCE**
individually, KATHLEEN SAVOLT, individually,
THOMAS A. MURPHY, individually, TONI               :
PERGOLA RYAN, individually, JOHN M.
HOFSTETTER, individually, RANDI                    :
ROBINOWITZ, individually, and THE VILLAGE
OF MAMARONECK, New York,

                                 **Defendants.**
------------------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that, Celena R. Mayo, of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 150 East 42nd Street, New York, New York 10017-5639, hereby adds her appearance in the above captioned matter as counsel for defendant **JAMES GAFFNEY** in the above-captioned matter.

Dated:  New York, New York
       August 4, 2008

                                                               Yours, etc.

                           WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                            By:       /S          
                                                   Ricki E. Roer
                                                   Celena R. Mayo
                                                   Attorneys for Defendant
                                                   JAMES GAFFNEY
                                                   150 East 42nd Street
                                                    New York, New York 10017-5639
                                                    (212) 490-3000
                                                    File No.: 10895.00016

TO:    Jonathan Lovett                (By ECF)
       LOVETT & GOULD
       222 Bloomingdale Road – Suite 305
       White Plains, NY 10605
       Attorneys for Plaintiff, **JOSEPH COMBLO**

3314901.1

- 2 -

    Diana L. Daghir McCarthy    (By ECF)
    Susan S. Paek
    WINGET, SPADAFORA & SCHWARTZBERG, LLP
    45 Broadway, 19th Floor
    New York, New York 10006
    Attorneys for Defendants, **THE VILLAGE of MAMARONECK; KATHLEEN SAVOLT; THOMAS A. MURPHY; TONI PERGOLA RYAN; JOHN M. HOFSTETTER;** and **RANDI ROBINOWITZ**

    Peter J. Biging    (By First Class U.S. Mail)
    LEWIS BRISBOIS BISGAARD & SMITH LLP
    199 Water Street, 25th Floor
    New York, NY 10038
    Attorneys for Defendant, **EDWARD FLYNN**

    Barry Temkin    (By First Class U.S. Mail)
    LAW OFFICES OF EDWARD GARFINKEL
    110 William Street
    17th Floor
    New York, NY 10038
    Attorneys for Defendant, **ROBERT HOLLAND**

## **DECLARATION OF SERVICE**

I, Celena R. Mayo, hereby declare under penalty of perjury that on August 4, 2008 I served a true and correct copy of the foregoing Notice of Appearance in the matter captioned ***Comblo v. Flynn, et al.*, Docket No.: 08 cv 5524 (KMK) (LMS)** by First Class U.S. Mail, depositing a true copy of the same enclosed in a postpaid, properly addressed wrapper, on counsel for co-defendants, at the address below, this being the address provided by them for this purpose:

> Peter J. Biging
> LEWIS BRISBOIS BISGAARD & SMITH LLP
> 199 Water Street, 25th Floor
> New York, NY 10038
> Attorneys for Defendant, **EDWARD FLYNN**
>
> Barry Temkin
> LAW OFFICES OF EDWARD GARFINKEL
> 110 William Street
> 17th Floor
> New York, NY 10038
> Attorneys for Defendant, **ROBERT HOLLAND**

Dated:   New York, New York
         August 4, 2008

By: _____/s_____
Celena R. Mayo (CM2961)
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
Attorneys for defendant **James Gaffney**
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000
File No. 10895.00016

3314921.1