UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSEPH COMBLO,

                Plaintiff,              08 CIV/5524 KMK

    -against-

EDWARD FLYNN, individually, ROBERT
HOLLAND, individually, JAMES GAFFNEY,    NOTICE OF APPEARANCE
individually, KATHLEEN SAVOLT,
individually, THOMAS A. MURPHY,
individually, TONI PERGOLA RYAN,
individually, JOHN M. HOFSTETTER,
individually, RANDI ROBINOWITZ,
individually, and the VILLAGE OF
MAMARONECK, New York,

                Defendants.
------------------------------------------------------------x

        PLEASE TAKE NOTICE that, Peter J. Biging, Esq., of Lewis Brisbois Bisgaard & Smith LLP, hereby appears as counsel for Defendant EDWARD FLYNN, and respectfully requests that all pleadings and other filings in this matter be directed to his attention at the address set forth below.

Dated: New York, New York
       August 4, 2008

                                      LEWIS BRISBOIS BISGAARD & SMITH LLP

                                      By: _____
                                        Peter J. Biging (PB9913)
                                        199 Water Street
                                        25th Floor
                                        New York, New York  10038
                                        Telephone 212-232-1300
                                        Facsimile: 212-232-1399
                                        E-mail: biging@lbbslaw.com
                                        Attorneys for Defendant Edward Flynn

To: LOVETT & GOULD LLP
Jonathan Lovett (4854)
*Attorneys for Plaintiff*
222 Bloomingdale Road
New York, NY 10605
Tel (914) 428-8401


WINGET, SPADAFORA &
SCHWARTZBERG, LLP
Dianna D. McCarthy, Esq. (DDM 5999)
Susan S. Pack, Esq. (SP 6227)
*Attorneys for Defendants*
45 Broadway, 19th Floor
New York, New York 10006
Tel (212) 221-6900

4840-0497-2290.1

## CERTIFICATE OF SERVICE

Peter J. Biging, an attorney duly admitted to practice before this court, certifies that on August 4, 2008 he caused to be served via ECF and first-class mail the Notice of Appearance of Peter J. Biging upon the attorneys of record for the plaintiff and defendants.

_____
Peter J. Biging

4840-0497-2290.1