UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH COMBLO

                        Plaintiff,              Case No.: 08 CV 5524 (KMK)

    -against-                             **NOTICE OF APPEARANCE**

EDWARD FLYNN, individually, ROBERT
HOLLAND, individually, JAMES GAFFNEY,
individually, KATHLEEN SAVOLT,
individually, THOMAS A. MURPHY,
individually, TONI PERGOLA RYAN,
individually, JOHN M. HOFSTETTER,
individually, RANDI ROBINOWITZ,
individually, and the VILLAGE OF
MAMARONECK, New York,

                        Defendants.
------------------------------------------------------------------X
TO THE JUDGES OF THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

     **PLEASE TAKE NOTICE** that Luigi Spadafora of the law firm of Winget, Spadafora & Schwartzberg, LLP, located at 45 Broadway, 19th Floor, New York, New York 10006, hereby enters his appearance in this matter as an additional counsel of record for Defendants KATHLEEN SAVOLT, THOMAS A. MURPHY, TONI PERGOLA RYAN, JOHN M. HOFSTETTER, RANDI ROBINOWITZ, and the VILLAGE OF MAMARONECK, New York.

Dated: New York, New York
       July 30, 2008

                                         Respectfully submitted,

                                         WINGET, SPADAFORA &
                                         SCHWARTZBERG, LLP

                                         By:  /s/ Luigi Spadafora
                                               Luigi Spadafora (LS-8471)
                                               45 Broadway, 19th Floor
                                               New York, New York 10006
                                               (212) 221-6900