# WINGET, SPADAFORA & SCHWARTZBERG, LLP

45 BROADWAY, 19TH FLOOR
NEW YORK, NEW YORK 10006
TELEPHONE (212) 221-6900
FACSIMILE (212) 221-6989

www.wssllp.com

WRITER'S EMAIL  Pack.S@WSSLLP.COM

**MEMO ENDORSED**

177 BROAD ST. 5TH FL.
STAMFORD, CONNECTICUT 06901
TELEPHONE (203) 328-1200
FACSIMILE (203) 328-1212

NEW JERSEY OFFICE
ONE GATEWAY CENTER, 9th FL
NEWARK, NEW JERSEY 07102
TELEPHONE (973) 622-8144
FACSIMILE (973) 622-3423

FLORIDA OFFICE
20801 BISCAYNE BLVD., 1ST FL
MIAMI, FLORIDA 33180
TELEPHONE (786) 923-5911
FACSIMILE (786) 923-5912

July 30, 2008

**VIA FACSIMILE ONLY (914) 390-4152**
Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas St., Room 533
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re:  Matter: Joseph Comblo v. Edward Flynn et al.
     Venue: United States District Court/Southern District of New York
     Case No.: 08 CV 5524 (JGK)
     Our File No.: 03001.08668

Dear Judge Karas,

This office was initially retained to represent all the defendants in the above-referenced matter. However, some of the defendants have chosen to seek separate counsel and as such, we respectfully submit this letter on behalf of all the named defendants to request an additional extension of time in which to submit a response to the Plaintiff's Complaint in order to afford the defendants time to resolve this matter. Currently, a response is due August 11, 2008, and we are requesting an extension through and including September 11, 2008. We have discussed these issues with plaintiff's counsel and they have consented to this request. We have enclosed hereto a Stipulation and Order in this regard.

We note this is the second request for the relief sought herein. Permission to submit this letter via facsimile was provided by Alicia. Thank you for your consideration of this request.

Respectfully submitted,

Susan S. Pack (SP-6227)

Granted.

So Ordered.

*[signature]*
7/31/08

Enclosure
cc: Jonathan Lovett (*via facsimile*)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOSEPH COMBLO

                                Plaintiff,                Case No.: 08 CV 5524 (KMK)

        -against-                                  **STIPULATION AND ORDER**

EDWARD FLYNN, individually, ROBERT
HOLLAND, individually, JAMES GAFFNEY,
individually, KATHLEEN SAVOLT,
individually, THOMAS A. MURPHY,
individually, TONI PERGOLA RYAN,
individually, JOHN M. HOFSTETTER,
individually, RANDI ROBINOWITZ,
individually, and the VILLAGE OF
MAMARONECK, New York,

                                Defendants.
----------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the undersigned parties that the time for all the above-named defendants to answer, move or otherwise respond to the Plaintiff's Complaint is extended through and including Thursday, September 11, 2008.

        **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counter-parts; facsimile signature is acceptable.

**[SIGNATURES CONTINUED ON NEXT PAGE]**

Dated: New York, New York
July 21, 2008

| | |
|---|---|
| LOVETT & GOULD LLP<br>Attorneys for Plaintiff<br><br>By: _____<br>Jonathan Lovett (4854)<br>222 Bloomingdale Road<br>White Plains, NY 10605<br>Tel: (914) 428-8401<br>Fax: (914) 428-8916 | WINGET, SPADAFORA &<br>SCHWARTZBERG, LLP<br><br>By: _____<br>Dianna D. McCarthy, Esq. (DDM 5999)<br>Susan S. Pack, Esq. (SP 6227)<br>Attorneys for Defendants<br>KATHLEEN SAVOLT<br>THOMAS A. MURPHY<br>TONI PERGOLA RYAN<br>JOHN M. HOFSTETTER<br>RANDI ROBINOWITZ<br>THE VILLAGE OF MAMARONECK<br>45 Broadway, 19th Floor<br>New York, New York 10006<br>(212) 221-6900<br>Fax: (212) 221-6989 |

SO ORDERED:

_____
KENNETH M. KARAS, U.S.D.J.